Daniel Sorenson SBN#149630
Alexander Derval SBN# 326859
**RD Law Group APC**
707 Wilshire Blvd 47th Fl, Ste C7
Los Angeles, CA 90017
Phone: (310)-640-6866
Fax: (424)-535-1500
Attorneys for Plaintiff, DEON WILLIAMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

DEON WILLIAMS, an individual,

Plaintiff,

vs.

FIRST TRANSIT INC., a Delaware Corporation; TRANSDEV NORTH AMERICA INC., a Delaware Corporation; and DOES 1 through 100, inclusive.

Defendants,

Case No: **2:24-cv-01332 JAK-KSX**

**NOTICE OF SETTLEMENT**

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

**NOTICE OF SETTLEMENT**

Plaintiff, DEON WILLIAMS, and Defendants, FIRST TRANSIT INC., a Delaware Corporation and TRANSDEV NORTH AMERICA INC., a Delaware Corporation, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.

The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around June 20, 2024. Upon Defendant's completion of its duties (as mandated under

the settlement agreement) and within two weeks after said completion, the Parties will file with this Court a Notice of Dismissal.

Respectfully Submitted,

Dated: May 6, 2024

_/s/ Alexander Derval__________
By: Alexander Derval
Attorney for PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing electronically filed document **NOTICE OF SETTLEMENT** has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3, as follows:

Ryan L Eddings
**Littler Mendelson PC**
5200 North Palm Avenue Suite 302
Fresno, CA 93704
559-244-7500
Fax: 559-244-7525
Email: reddings@littler.com
*Attorney for Defendants*

Dated: May 6, 2024

/s/ Alexander Derval___________
By: Alexander Derval
Attorney for PLAINTIFF