1  Daniel Sorenson SBN#149630
   Alexander Derval SBN# 326859
2  **RD Law Group APC**
   707 Wilshire Blvd 47th Fl, Ste C7
3  Los Angeles, CA 90017
4  Phone: (310)-640-6866
   Fax: (424)-535-1500
5  Attorneys for Plaintiff, DEON WILLIAMS

6

7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| DEON WILLIAMS, an individual, | Case No: **2:24-cv-01332 JAK-KSX** |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| FIRST TRANSIT INC., a Delaware Corporation; TRANSDEV NORTH AMERICA INC., a Delaware Corporation; and DOES 1 through 100, inclusive. | |
| Defendants, | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action acting through their respective counsel of record, and pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), hereby stipulate in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this entire action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

///

///

Dated July 1, 2024

*Alexander Derval*

By: Alexander Derval
Attorney for Plaintiff,
DEON WILLIAMS

Dated July 1, 2024

By: Ryan L. Eddings,
Attorney for Defendants, FIRST TRANSIT INC; TRANSDEV NORTH AMERICA INC

## ORDER OF DISMISSAL

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE
Hon. Judge John A. Kronstadt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document **JOINT STIPULATION AND ORDER OF DISMISSAL** has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3, as follows:

Ryan L Eddings
**Littler Mendelson PC**
5200 North Palm Avenue Suite 302
Fresno, CA 93704
559-244-7500
Fax: 559-244-7525
Email: reddings@littler.com
*Attorney for Defendants*

Dated: July 1, 2024

*Alexander Derval*
By: Alexander Derval
Attorney for PLAINTIFF